UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITRONICS (1989) (R''G) LTD.,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 14-1636 (RMC)[1] |
| v. | ) ) ) | |
| **SAMY GHARB,** | ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued contemporaneously herewith, it is hereby

**ORDERED** that Unitronics' Motion for Judgment of Contempt in *Unitronics v. Gharb*, Civil Action No. 06-27, Dkt. 90, is **GRANTED**; and it is

**FURTHER ORDERED** that Unitronics' Motion to Dismiss in *Gharb v. Unitronics*, Civil Action No. 14-1635, Dkt. 6, is **GRANTED**, and the Complaint is **DISMISSED with PREJUDICE**; and it is

**FURTHER ORDERED** that Unitronics' Motion to Dismiss in *Gharb v. Unitronics*, Civil Action No. 14-1636, Dkt. 4, is **GRANTED**, and the Complaint is **DISMISSED with PREJUDICE**; and it is

**FURTHER ORDERED** that Israel Military Industries' (IMI) Motion to Dismiss in *Gharb v. Unitronics*, Civil Action No. 14-1635, Dkt. 4, is **GRANTED**; and it is

---

[1] A copy of this Order has been filed Civil Case Nos. 06-27 (RMC), 14-1635 (RMC), and 14-1636 (RMC).

**FURTHER ORDERED** that all remaining motions filed by Samy Gharb in Civil Action Nos. 06-27, 14-1635, and 14-1636 are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that all other Defendants in Civil Action Nos. 14-1635 and 14-1636 are **DISMISSED**; and it is

**FURTHER ORDERED** that Unitronics' request for attorney fees and costs is **GRANTED**; and it is

**FURTHER ORDERED** that IMI's request for attorney fees and costs is **GRANTED**; and it is

**FURTHER ORDERED** that Samy Gharb is enjoined from filing new actions in the United States District Court for the District of Columbia that arise out of or relate to United States Patent No. 6,552,654, unless he receives prior permission from the Court.  Should Mr. Gharb wish to file any new complaint, he is first required to file a motion for leave to file that includes specific information about all prior cases that he has filed in this District and that demonstrates that his proposed complaint raises new matters, including a concise description of the allegations in such complaint.  The proposed complaint must be attached to the motion for leave to file.  If Mr. Gharb files in this District without first seeking leave to do so in accord with the requirements set forth above, the new case will be summarily dismissed; and it is

**FURTHER ORDERED** that Unitronics and IMI shall file their petitions for reasonable attorney fees and costs incurred in connection with Mr. Gharb's lawsuits, along with detailed supporting documentation setting forth reasonable rates and hours expended, no later than **May 27, 2015**; Mr. Gharb shall file any objections to those petitions no later than **July 27, 2015**, and he may file no more than one brief in response to Unitronics' petition and one

brief in response to IMI's petition; Unitronics and IMI shall file their responses, if any, to Mr. Gharb's objections no later than **August 17, 2015**;

Civil Action Nos. 06-27, 14-1635 and 14-1635 are hereby **CLOSED**. This is a final appealable Order. *See* Fed. R. App. P. 4.

**SO ORDERED**.

Date: March 27, 2015

/s/
ROSEMARY M. COLLYER
United States District Judge

**COPIES VIA MAIL AND EMAIL TO:**
Samy Gharb
Kalchbuhlstrasse 161
8038 Zurich
Switzerland

samgharb@yahoo.com